**Order entered September 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00426-CR

**JAVEON DEROID DALCOURZUBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F15-10957-J**

## ORDER

Before the Court is court reporter Kimberly Xavier's September 11, 2018 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before September 26, 2018.

/s/   LANA MYERS
JUSTICE